**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-1185**

———————

JAMES CLINTON DAVIS,

Plaintiff - Appellant,

versus

HONDA OF SOUTH CAROLINA MANUFACTURING,
INCORPORATED,

Defendant - Appellee,

and

LEONARD LOWERY, Honda of South Carolina; JHON
BLACH, Honda of South Carolina; BRAD SMITH,
Honda of South Carolina,

Defendants.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.   R. Bryan Harwell, District Judge.
(4:03-cv-03546-RBH)

———————

Submitted:  March 31, 2006           Decided:  May 2, 2006

———————

Before NIEMEYER, MOTZ, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James Clinton Davis, Appellant Pro Se. Susan Pedrick McWilliams, Regina Hollins Lewis, Joan Wash Hartley, NEXSEN PRUET, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Clinton Davis appeals the district court's order adopting the recommendation of the magistrate judge and granting summary judgment to the Defendant on his claims under the Americans with Disabilities Act, 42 U.S.C. §§ 12101 to 12213 (2000) and the Family and Medical Leave Act of 1993 ("FMLA"), 29 U.S.C. § 2601 et seq. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Davis v. Honda of SC</u>, No. 4:03-cv-03546-RBH (D.S.C. Jan. 26, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>